In the Matter of the Claim of JAMES E. LANG-
LEY, Respondent, against W. E. HENNESSEY et al.,
Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted April 16, 1934; decided April 24, 1934.)

*John J. Bennett, Jr.*, Attorney-General (*John R. O'Han-
lon* of counsel), for motion.

*Raymond F. Nichols* opposed.

Motion denied, without costs.

UNION CAR ADVERTISING Co., INC., Respondent, *v.*
BARRON G. COLLIER et al., Appellants.

(Submitted April 16, 1934; decided April 24, 1934.)

Motion to amend remittitur granted.   Recall of remit-
titur requested and when returned it will be amended by
providing that the complaint is dismissed, with costs in
all courts, instead of providing that a new trial is granted,
with costs to abide the event. (*Osburn* v. *Rochester
Trust & Safe Deposit Co.*, 209 N. Y. 54, 58.   See 263
N. Y. 386.)